CHRIS DALURY, Appellant, *v.* JOHN REZINAS, Defendant, and TOM CRICKELLAS et al., Respondents.

*Partnership — action for alleged conspiracy to oust plaintiff from partnership and defraud him of investment therein.*

*Dalury* v. *Rezinas,* 183 App. Div. 456, affirmed.

(Argued March 18, 1920; decided April 27, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1918, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. Plaintiff and defendant Rezinas were copartners conducting a hotel and cafe at Coney Island. Dissensions having arisen, plaintiff commenced an action to dissolve the partnership and a receiver was appointed. Rent being in arrears the landlord (defendant Garms) instituted summary proceedings and obtaining possession of the premises leased the same to defendants Crickellas and Booras, who at the receiver's sale also purchased the furnishings for a small amount. The complaint alleged that Crickellas and Booras were dummies for Rezinas and that the whole proceeding was a conspiracy to oust plaintiff from the partnership and defraud him of his investments therein.

*Alex B. Greenberg* for appellant.

*M. E. Kelley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, McLAUGHLIN, ANDREWS and ELKUS, JJ. Not voting: POUND, J.